1114

No. 85–1343. HUMPHREY ET AL., DBA HUMPHREY & HAAS v. COMMITTEE ON PROFESSIONAL ETHICS AND CONDUCT OF THE IOWA STATE BAR ASSN. Appeal from Sup. Ct. Iowa dismissed for want of substantial federal question. JUSTICE WHITE, JUSTICE BLACKMUN, and JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. 85–1392. PULLUM v. CINCINNATI, INC., ET AL. Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question.

No. 85–1407. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., ET AL. v. PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK. Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.

No. 85–6499. STARADUMSKY v. RHODE ISLAND. Appeal from Dist. Ct. R. I. dismissed for want of substantial federal question.

No. 85–299. ROYAL CENTER, INC. v. LOCAL JOINT EXECUTIVE BOARD OF LAS VEGAS, CULINARY WORKERS UNION, LOCAL 226, ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *AT&T Technologies, Inc.* v. *Communications Workers, ante,* p. 643.

No. 85–875. RHODE ISLAND v. MANOCCHIO. Sup. Ct. R. I. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Delaware* v. *Van Arsdall, ante,* p. 673.

No. 85–1026. TEXAS v. JACKSON. Ct. Crim. App. Tex. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Texas* v. *McCullough, ante,* p. 134. Reported below: —— S. W. 2d ——.